JACOB SCHMITT, Appellant, *v.* BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Schmitt* v. *Brooklyn Heights R. R. Co.*, 149 App. Div. 925, affirmed.
(Argued January 20, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Robert H. Roy* for appellant.

*D. A. Marsh* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.